JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
RYAN SISEMORE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-70886 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | |
| RYAN SISEMORE et al, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties hereto and undersigned counsel, and with the consent of Defendant Ryan Sisemore, that the hearing presently scheduled for July 27, 2015 at 9:30 a.m. be taken off calendar and rescheduled for July 30, 2015 at 9:30 a.m. The reason for this extension is that defense counsel is unavailable on July 27th.

**IT IS SO STIPULATED**

DATED: July 20, 2015          By:  _____/s/_____
                                   Julia Mezhinsky Jayne
                                   Counsel for RYAN SISEMORE

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE. CASE NO. CR 14-70886**

DATED: July 20, 2015     UNITED STATES ATTORNEY'S OFFICE

By: _____/s/_____
KATIE BURROUGHS MEDEARIS
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED: 7/21/15     _Kandis Westmore_

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 14-70886**