JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
RYAN SISEMORE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>RYAN SISEMORE et al,<br><br>             Defendant. | Case No. CR 14-70886  [DMR]<br><br>**STIPULATION AND [PROPOSED]<br>ORDER WAIVING PERSONAL<br>APPEARANCE OF DEFENDANT** |

   IT IS HEREBY STIPULATED by and between the parties hereto and undersigned counsel, and with the consent of Defendant Ryan Sisemore, that his that his personal appearance be waived for the hearing presently scheduled for September 21, 2015 at 9:30 a.m.

   At the hearing scheduled for September 21, 2015, it is expected that further dates will be set and that the hearing will be a status as opposed to an arraignment, since the proposal for pretrial diversion is pending U.S. Attorney supervisor review/approval. Mr. Sisemore's counsel will personally notify Mr. Sisemore of any dates set.

   Because Mr. Sisemore is living in a residential treatment program in Stockton, California, where he is doing very well, it would be unduly burdensome for his family members, who work, to travel roundtrip from their homes to Stockton and then to Oakland back for the purpose of this hearing. The family members and the program have requested his waiver at this particular court

**STIPULATION AND PROPOSED ORDER TO WAIVE APPEARANCE. CASE NO. CR 14-70886**

appearance.

Government counsel does not oppose the waiver of Mr. Sisemore's appearance for September 21, 2015.

**IT IS SO STIPULATED**

DATED: September 16, 2015          By: _____/s/_____
                                        Julia Mezhinsky Jayne
                                        Counsel for RYAN SISEMORE

DATED: September 16, 2015          UNITED STATES ATTORNEY'S OFFICE

                                   By: _____/s/_____
                                        KATIE BURROUGHS MEDEARIS
                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED: 9/16/15                     _____Kandis Westmore_____
                                   HON. KANDIS A. WESTMORE
                                   ~~HON. DONNA M. RYU~~
                                   UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO WAIVE APPEARANCE CASE NO. CR 14-70886**