JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
RYAN SISEMORE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-037 YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | |
| RYAN SISEMORE et al, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendants Ryan Sisemore and Ronnie Turner, that the hearing presently scheduled for February 10, 2016 at 9:30 a.m. for be taken off calendar for defendants Sisemore and Turner only and rescheduled for arraignment on the Information on February 11, 2016 at a time agreed-upon by the parties and the Court. The reason for this extension is that counsel for Defendants Sisemore and Turner are not available on February 10, 2016, which is the date the remaining defendants will be arraigned on the recently-filed Information.

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE. CASE NO. CR 16-037 YGR**

**IT IS SO STIPULATED**

DATED: February 3, 2016         By:         /s/
                                     Julia Mezhinsky Jayne
                                     Counsel for RYAN SISEMORE


DATED: February 3, 2016         By:         /s/
                                     Scott Alan Sugarman
                                     Counsel for RONNIE TURNER


DATED: February 3, 2016         UNITED STATES ATTORNEY'S OFFICE


                                By:         /s/
                                     SHEILA ARMBRUST
                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

## [~~PROPOSED~~] ORDER

Based on the reasons provided above, the status hearing set for February 10, 2016 is vacated and reset for February 11, 2016., before the United States Magistrate Judge Kandis Westmore.

**IT IS SO ORDERED.**


DATED:  2/10/16                  _____
                                 The Honorable Kandis Westmore
                                 UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 16-0387 YGR**